```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
UNITED STATES OF AMERICA              :
                                      :    25cr291(DLC)
            -v-                       :
                                      :    ORDER
FRAYERSON PIRONA,                     :
                                      :
                    Defendant.        :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

Having been informed that the defendant wishes to enter a change of plea, it is hereby

ORDERED that a conference is scheduled for August 28, 2025 at 2:30 PM in Courtroom 18B, 500 Pearl Street.

Dated:  New York, New York
        August 18, 2025

_____
DENISE COTE
United States District Judge